# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| TRUST UNDER AGREEMENT OF EDWARD WINSLOW TAYLOR | : | No. 692 EAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: ELISE W. CARR, EDWARD W. CARR, IAN N. CARR, RICHARD R. CARR, CAROLINE T. CARR, W. SEWELL WALLACE, SUZANNE T. WALLACE, JENNIFER A. WALLACE-COLLINS, EVAN S. WALLACE, CHRISTOPHER G. WALLACE, SAMUEL H. WALLACE, HOPE T. WALLACE & ANTHONY T. WALLACE | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal is **GRANTED**.  The issue presented by petitioner and rephrased for clarity is whether the Superior Court erred in holding that trust beneficiaries may circumvent the requirements for removal of a trustee in Section 7766 of the Trust Act, 20 Pa.C.S.A. § 7766, by amending the trust under 20 Pa.C.S.A. § 7740.1.